**Harry COLEY v. UNITED STATES of America.**

**No. 909.**

Circuit Court of Appeals, Tenth Circuit.

July 5, 1933.

T. H. Davidson, of Muskogee, Okl., for appellant.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal denied for failure to prosecute.

**Charley COXEY et al. v. UNITED STATES of America.**

**No. 742.**

Circuit Court of Appeals, Tenth Circuit.

Sept. 13, 1932.

S. P. Freeling, of Oklahoma City, Okl., for appellants.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**C. PARDEE WORKS v. DUFFY, Collector of Internal Revenue.**

**No. 5063.**

Circuit Court of Appeals, Third Circuit.

Aug. 21, 1933.

Thomas G. Haight, of Jersey City, N. J., and James R. Sloane and Matthew C. Fleming, both of New York City, for appellant.

Harlan Besson, U. S. Atty., of Hoboken, N. J., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C. (Warren W. Cole and Wright Matthews, Sp. Attys., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

In the court below (4 F. Supp. 649) the taxpayer sued the internal revenue collector to recover taxes alleged to have been illegally collected. By stipulation, the case was tried by the judge, who found for defendant. Whereupon the taxpayer took this appeal.

The questions involved concern the much-vexed subject of individual and consolidated returns, and the opinion of the judge discusses at length all phases of the case. His conclusion was: "Finding the fact, as I do, that substantially all the stock of the corporations filing consolidated return, was not owned by the same interests, and applying the law, as hereinbefore stated, as laid down in the case of Handy & Harman v. Burnet [284 U. S. 136, 52 S. Ct. 51, 76 L. Ed. 207], supra, the result is a verdict in favor of the defendant, and judgment may be entered accordingly."

As we agree with Judge Avis' reasoning and conclusions, we avoid needless repetition by affirming the case on his opinion.